WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CR 06-274 PHX JAT |
| Nicholas Brandon Scrogham, | ) | O R D E R |
| Defendant. | ) |  |

On March 16, 2006, this Court signed an Order imposing additional special conditions of release for the defendant. (Doc. 8). After reconsideration, it now appears that the second additional condition should be removed.

**IT IS THEREFORE ORDERED** that the additional condition of release imposed on March 16, 2006 which required the defendant to notify his immediate supervisor of the pending charges and provide proof to Pretrial Services that he has complied is **REMOVED**.

**IT IS FURTHER ORDERED** that the conditions of release imposed on March 9, 2006 and the additional condition imposed on March 16, 2006 (requiring the defendant to continue participation in counseling with his therapist as previously established) shall remain in full force and effect until further order of the Court.

DATED this 24th day of April, 2006.

_Virginia A. Mathis_
Virginia A. Mathis
United States Magistrate Judge